UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-MJ-91 |
| v. | * | MAGISTRATE JUDGE |
| DANIEL WAYNE CALLIHAN | * | **FILED UNDER SEAL** |

\* \* \*

## MOTION TO SEAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

**NOW INTO COURT** comes the undersigned Assistant United States Attorney, who with respect represents that:

The undersigned Assistant United States Attorney is informed by Special Agents with the Federal Bureau of Investigation that should the complaint, affidavit, and arrest warrant become public record, it would severely hamper this ongoing criminal investigation and endanger law enforcement personnel.

**WHEREFORE**, the Government prays that its motion to seal the complaint, affidavit, and arrest warrant be granted.

*The undersigned Assistant United States Attorney certifies that he electronically signed this motion to seal.*

        Respectfully submitted,

        DUANE A. EVANS
        UNITED STATES ATTORNEY

        */s/ Jordan Ginsberg*
        JORDAN GINSBERG
        Assistant United States Attorney
        United States Attorney's Office,
        Eastern District of Louisiana
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130
        Phone: (504) 680-3000
        Email: jordan.ginsberg@usdoj.com