UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-MJ-91 |
| v. | * | MAGISTRTATE JUDGE |
| DANIEL WAYNE CALLIHAN | * | |

\* \* \*

### ORDER

Considering the foregoing Motion for Leave to Seal Redacted Complaint Affidavit and Replace with Corrected Complaint Affidavit, and Unseal the remainder of the record, with the exception of the original complaint affidavit, which is to remain Sealed;

**IT IS HEREBY ORDERED** that, in accordance with Title 18, United States Code, Section 3509(d)(2), the corrected redacted version of the complaint affidavit be filed, and that the remainder of the record be unsealed with the exception of the original complaint affidavit, which is to remain **SEALED**.

New Orleans, Louisiana, this 17 day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE