Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,CUSTODY

# U.S. District Court
# Southern District of Mississippi (Northern (Jackson))
# CRIMINAL DOCKET FOR CASE #: 3:24-mj-00647-ASH-1

Case title: USA v. Callihan

Date Filed: 06/17/2024

Date Terminated: 06/21/2024

Assigned to: Magistrate Judge Andrew S. Harris

### Defendant (1)

**Daniel Wayne Callihan**
*TERMINATED: 06/21/2024*

represented by **Omodare B. Jupiter - FPD**
FEDERAL PUBLIC DEFENDER - Jackson
200 S. Lamar, Suite 200-N
Jackson, MS 39201
601/948-4284
Fax: 601/948-5510
Email: omodare_jupiter@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Michael L. Scott - FPD**
FEDERAL PUBLIC DEFENDER - Jackson
200 S. Lamar, Suite 200-N
Jackson, MS 39201
601/948-4284
Fax: 601/948-5510
Email: mike_scott@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1201.F - Kidnapping | |

**Interested Party**

**Probation Jackson**

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Matthew Wade Allen-Federal Gov**<br>U. S. ATTORNEY'S OFFICE<br>501 E. Court Street<br>Suite 4.430<br>Jackson, MS 39201<br>662-891-6435<br>Email: matthew.allen2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2024 | | Arrest (Rule 5) of Daniel Wayne Callihan. (JEJ) (Entered: 06/17/2024) |
| 06/17/2024 | | Minute Entry for proceedings held before Magistrate Judge Andrew S. Harris: Initial Appearance in Rule 5 Proceedings as to Daniel Wayne Callihan held on 6/17/2024 in Jackson, MS. Appearing: Matt Allen, AUSA; Michael Scott, AFPD; Robert Wilder, USPO. Defendant requested a preliminary hearing. The government moved for detention and Defendant requested a hearing. Both set for June 25, 2024, at 2:30 p.m. Defendant remanded to the custody of the U.S. Marshals Service. Tape Number: 6-17-2024-ASH. (JEJ) (Entered: 06/17/2024) |
| 06/17/2024 | [1](#) | *RESTRICTED* CJA 23 Financial Affidavit by Daniel Wayne Callihan. (JEJ) (Entered: 06/17/2024) |
| 06/17/2024 | [2](#) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Daniel Wayne Callihan. Omodare B. Jupiter - FPD for Daniel Wayne Callihan appointed. Signed by Magistrate Judge Andrew S. Harris on 6/17/2024. (JEJ) (Entered: 06/17/2024) |

| 06/17/2024 | | Ore Tenus Motion to Continue the Preliminary and Detention Hearings by Michael L. Scott - FPD as to Daniel Wayne Callihan. (JEJ) (Entered: 06/17/2024) |
|---|---|---|
| 06/17/2024 | | Ore Tenus Order granting [] Motion to Continue the Preliminary and Detention Hearings as to Daniel Wayne Callihan (1). No further written order shall issue from the Court. Signed by Magistrate Judge Andrew S. Harris on 6/17/2024. (JEJ) (Entered: 06/17/2024) |
| 06/17/2024 | | Set Hearings as to Daniel Wayne Callihan: Preliminary and Detention Hearing set for 6/25/2024 02:30 PM in Courtroom 5D (Jackson) Harris before Magistrate Judge Andrew S. Harris. (JEJ) (Entered: 06/17/2024) |
| 06/20/2024 | | Reset Hearings as to Daniel Wayne Callihan: Preliminary and Detention Hearings reset for 6/21/2024 03:00 PM in Courtroom 5D (Jackson) Harris before Magistrate Judge Andrew S. Harris. (JEJ) (Entered: 06/20/2024) |
| 06/21/2024 | | Minute Entry for proceedings held before Magistrate Judge Andrew S. Harris: Preliminary Hearing and Detention Hearing as to Daniel Wayne Callihan held on 6/21/2024 in Jackson, MS. Appearing: Matt Allen, AUSA; Michael Scott, AFPD; Latoya Judson, USPO. Defendant waived all hearings until his transport to the charging district. Tape Number: 6-21-2024-ASH. (JEJ) (Entered: 06/21/2024) |
| 06/21/2024 | 3 | WAIVER of Rule 5 Hearings by Daniel Wayne Callihan. (JEJ) (Entered: 06/21/2024) |
| 06/21/2024 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Daniel Wayne Callihan. Defendant committed to the Eastern District of Louisiana. Signed by Magistrate Judge Andrew S. Harris on 6/21/2024. (JEJ) (Entered: 06/21/2024) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUN 17 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

VS.                                                    MAGISTRATE NO.: 3:24-mj-647-ASH-1

DANIEL CALLIHAN

### ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this Court after appropriate inquiry that he requests appointment of counsel and is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SO ORDERED, this the 17th day of June 2024.

_____
United States Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 21 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:24-mj-647-ASH-1 |
| Daniel Wayne Callihan | ) Charging District's Case No. 24-MJ-91 |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* **Eastern District of Louisiana**.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 06/21/2024

*Defendant's signature*

*Signature of defendant's attorney*

Michael L. Scott
*Printed name of defendant's attorney*