UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-91 |
| v. | * | SECTION: MAG |
| DANIEL WAYNE CALLIHAN | * | |

\* \* \*

**O R D E R**

Considering the foregoing and the reasons contained therein, the third joint motion is **GRANTED**.

**THE COURT SPECIFICALLY FINDS**, pursuant to Federal Rule of Criminal Procedure 5.1(d), that the defendant has consented to this continuance of the preliminary hearing, and that good cause has been shown because the parties are engaged in ongoing efforts related to evidence processing and review of the case. Therefore, a continuance of the preliminary hearing is in the best interest of justice and the public's interest in the prompt disposition of criminal cases; and,

**THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(1) and 3161(h)(7)(A) and (B), that the failure to grant the requested continuance in this case could result in a miscarriage of justice, and that the ends of justice served by the granting the requested extension of time in which an indictment or information must be filed outweigh the best interests of the public and the defendant in a speedy trial. Accordingly,

**IT IS HEREBY ORDERED** that the preliminary hearing scheduled under Federal Rule of Criminal Procedure 5.1, presently set for Monday, September 23, 2024, is hereby continued to Monday, December 2, 2024 at __2:00__ p.m.; and

**IT IS FURTHER ORDERED** that the time limit for filing an information or indictment charging the defendant with the commission of an offense in this matter, be extended until Monday, December 2, 2024.

New Orleans, Louisiana, this ___20th___ day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE